UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:17-cv-21154-JAL

ANDRES GOMEZ,

    Plaintiff,

vs.

THE FRESH MARKET, INC.,
a Delaware Corporation d/b/a
THE FRESH MARKET,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, ANDRES GOMEZ ("Plaintiff") and Defendant, THE FRESH MARKET, INC., a Delaware Corporation d/b/a THE FRESH MARKET ("Defendant") (collectively referred to as the "Parties"), hereby advise the Court that they have reached an agreement regarding settlement of this matter. The parties are working together to finalize the settlement documents and dismissal pleadings and anticipate that they will be in the position to file a joint stipulation for voluntary dismissal with prejudice together with a proposed order of dismissal next week.

Jointly submitted this 23rd day of June, 2017.

| | |
|---|---|
| **GARCIA-MENOCAL & PEREZ, P.L.** | **GRAYROBINSON, P.A.** |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| 4937 S.W. 74th Court | 333 S.E. 2nd Avenue, Suite 3200 |
| Miami, FL 33155 | Miami, Florida 33131 |
| Telephone: (305) 553-3464 | Telephone: (305) 416-6880 |
| Facsimile: (305) 553-3031 | Facsimile: (305) 416-6887 |
| By: */s/ Anthony J. Perez* | By: */s/ Anastasia Protopapadakis* |
| Anthony J. Perez, FBN 535451 | Anastasia Protopapadakis, FBN 051426 |
| ajperez@lawgmp.com | anastasia.protopapadakis@gray-robinson.com |
| ajperezlaw@gmail.com | |